STEPHEN RYDER, Appellant, *v.* THE BROOKLYN ELEVATED RAILROAD COMPANY, Respondent.

(Argued February 27, 1899; decided March 7, 1899.)

MOTION for an order allowing appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 6, 1899, amending an order and judgment of the late General Term of the Supreme Court in the same department, and amending the record on appeal to the Court of Appeals from an order of the late General Term in the second department, entered August 8, 1895, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granting a new trial. (See 89 Hun, 29.)

The motion was made upon the ground that the Appellate Division had no jurisdiction to amend the order of the late General Term and the record on appeal to the Court of Appeals.

*Stephen M. Hoye* for motion.

*Eugene Treadwell* and *Herbert R. Limburger* opposed.

Motion denied on the ground of want of jurisdiction to grant the application, without costs.